ROBERT A. KASHFIAN, ESQ. (SBN: 263173)
RYAN D. KASHFIAN, ESQ. (SBN: 265293)
GEORGE E. AKWO, ESQ. (SBN: 164670)
**KASHFIAN & KASHFIAN LLP**
1875 CENTURY PARK EAST, SUITE 1340
CENTURY CITY, CALIFORNIA 90067-2514
(310) 751 – 7578 | TELEPHONE
(310) 751 – 7579 | FACSIMILE

OPHIR J. BITTON, ESQ. (SBN: 204310)
**BITTON & ASSOCIATES**
12080 VENTURA PLACE, SUITE D
STUDIO CITY, CALIFORNIA 91604-2634
(818) 524 – 1223 | TELEPHONE
(818) 524 – 1224 | FACSIMILE

*Attorneys for Plaintiff*, SOLID 21, INC.

MICHAEL R. HEIMBOLD (SBN: 173981)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
1901 AVENUE OF THE STARS, SUITE 1600
LOS ANGELES, CA 90067-6017
(310) 228 – 3700 | TELEPHONE

*Attorneys for Defendant,* Breitling USA Inc., and Breitling SA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INCORPORATED, a Nevada Corporation headquartered in Los Angeles, California,<br><br>            Plaintiff,<br><br>     vs.<br><br>BREITLING USA INC., *et al*,<br><br>            Defendants. | CASE NO.: 2:11-CV-00457-GAF-PLA<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

-1-

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the parties hereto, by and through their respective counsel of record, stipulate to the dismissal of the action, in its entirety, without prejudice, each party to bear its own costs of suit and attorneys' fees.

DATED: October 24, 2013    /S/ Michael R. Heimbold
MICHAEL R. HEIMBOLD
SHEPPARD MULLIN
RICHTER & HAMPTON LLP
Attorneys for Defendants

DATED: October 24, 2013    /S/ Robert A. Kashfian
ROBERT A. KASHFIAN
KASHFIAN & KASHFIAN LLP
Attorneys for Plaintiff